IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DONNA FOWLER                                                                                   PLAINTIFF

VS.                                            3:13-CV-00205-BRW

JOHN COX and
FLYWAY EXPRESS, LLC                                                                    DEFENDANT

## ORDER

Pending before the Court is a Motion to Dismiss (Doc. No. 3) Plaintiff's claims with prejudice.[1]

The Plaintiff's motion is granted, accordingly, with prejudice. The Court retains jurisdiction to enforce the terms of the settlement agreement, and, if necessary, vacate this order and reopen this action for good cause shown.

IT IS SO ORDERED this 12th day of December, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 10.